## STEVE TALKINGTON v. STATE.

No. A-3107.    Opinion Filed November 20, 1917.

(168 Pac. 667.)

ABATEMENT OF PROSECUTION—Death of Defendant. In a criminal prosecution, the purpose of the proceeding being to punish the defendant in person, the action must necessarily abate upon his death; and where it is made to appear to the court that a plaintiff in error has died, pending the determination of his appeal, the cause will be abated.

*Appeal from District Court, Carter County;*
*W. F. Freeman, Judge.*

Steve Talkington was convicted of feloniously main-
taining a place for the sale of intoxicating liquors, and he
appeals. Prosecution abated.

*James H. Mathers* and *William Pfeiffer,* for plaintiff
in error.

*S. P. Freeling,* Atty. Gen., *R. McMillan,* Asst. Atty.
Gen., and *A. J. Hardy,* Co. Atty., for the State.

DOYLE, P. J. Plaintiff in error, Steve Talkington,
was convicted in the district court of Carter county upon
an information charging that he did feloniously keep and
maintain a place for the sale of intoxicating liquors in
the town of Wirt, Carter county, March 1, 1917, and in ac-
cordance with the verdict of the jury, he was sentenced to
be imprisoned in the state penitentiary at McAlester for
the term of two years and to pay a fine of $500, from
which judgment he appealed by filing in this court on
August 8, 1917, a petitiion in error with case-made.

On October 24, 1917, the Attorney General filed a
motion that the proceeding abate by reason of the death
of the plaintiff in error, Steve Talkington. Attached to
said motion was the affidavit of the sheriff of Carter county
as follows:

"I, Buck Garrett, being first sworn, depose and say
that I am sheriff of Carter county, Oklahoma, and have
been for several years, and that I knew Steve Talkington
well during his lifetime, and I know the Sunday that he
was shot and killed by Bud Ballew in the town of Wirt,

6-14

Carter county. I saw Steve Talkington after he was shot, and I know that he is now dead.

"BUCK GARRETT,
*"Sheriff of Carter Co., Okla."*

Also the affidavit of Dr. W. Hardy, as follows:

"I, Dr. W. Hardy, being first sworn, depose and say that I knew Steve Talkington, during his lifetime, and I waited on him during his last illness, and I know him to be dead. I was with him at the time he died coming from Wirt, Carter county, to Ardmore, Oklahoma. The cause of his death was gunshot wounds and he died from said wounds.                               W. HARDY, M. D."

Which affidavits were duly subscribed and sworn to on the 22d day of September, 1917. In a criminal action the purpose of the proceeding being to punish the defendant in person, the action must necessarily abate upon his death. It is therefore adjudged and ordered that all proceedings in this prosecution be abated by reason of the death of plaintiff in error, Steve Talkington.

The district court of Carter county is directed to enter its appropriate order to that effect.

ARMSTRONG and MATSON, JJ., concur.